EARL C. GILLETTE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $7,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party.  Held, that the verdict is excessive and is against the weight of the evidence upon the question of damages.   All concurred.

ELTON M. LE BARRON, as Administrator, etc., Respondent, v. J. B. HURLEY, INC., Appellant.— Judgment and order affirmed, with costs.  All concurred.

COMMERCIAL CREDIT COMPANY, Appellant, v. VINCENT F. SHELDON, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs.  All concurred.

LOUIS FINKEL, Plaintiff, v. CONTINENTAL CASUALTY COMPANY, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for defendant upon the nonsuit, with costs.  All concurred.

CARRIE MALONEY, as Administratrix, etc., Respondent, v. FRANK SULLIVAN SMITH, as Receiver, etc., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.  Held, that the finding of the jury that the defendant was engaged in interstate commerce and that the plaintiff's intestate was employed therein at the time of the accident is against the weight of evidence.  All concurred.

In the Matter of Proving the Last Will and Testament of EDWARD F. CLARKE, Deceased.  LOUISE CLARKE MCALLISTER, Appellant; EMMA I. BRANDON, as Executrix, etc., and Others, Respondents.— Decree affirmed, with costs.  All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. T. JUSTIN FIGAS, Appellant.— Judgment of County Court and judgment of conviction of Children's Court of Buffalo reversed.  Held, that the uncorroborated testimony of the boy who was punished is not so convincing as to outweigh the evidence of the defense; he was so young as hardly to understand the nature of an oath.  We think the defendant's guilt has not been established beyond a reasonable doubt.  All concurred.

DE BOCK REALTY CORPORATION, Respondent, v. GEORGE E. MORE, Appellant.— Judgment and order affirmed, with costs.  All concurred.

ZACHARIAH L. TOMPKINS, Respondent, v. EDWARD F. COLE, Appellant, Impleaded with Another.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.  Held, that the trial court should have passed upon the question of fraud or misrepresentation; that the defendant Cole did not waive his claim for damages by electing to retain what he had received under the contract.  The findings of fact contained in the decision numbered seventh and eighth are disapproved.  All concurred.

RUDOLPH F. KLOPF, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs.  All concurred.